IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JULIUS L. HEARNS,

      Plaintiff,

v.                                       CASE NO. 4:24cv291-RH-MAF

MORRIS YOUNG et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 20. No objections have been filed. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted.

2. The plaintiff's motion for a federal investigation, ECF No. 17, is denied.

3. The clerk must enter judgment stating, "This case is dismissed under 28 U.S.C §§ 1915(e)(2) & 1915A for failure to state a claim on which relief may be granted."

4. The clerk must close the file.

SO ORDERED on February 17, 2025.

s/Robert L. Hinkle
United States District Judge